**Fill in this information to identify the case:**

Debtor **Dough Benders LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **25-30331-MVL**
(if known)

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor **Dough Benders LLC**  Case number (if known) **25-30331-MVL**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |

**ADT Security**
**PO Box 371956**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pittsburgh    PA    15250**

**Basis for the claim:**
**Security**

Date or dates debt was incurred
Last 4 digits of account number   **8  2  5  3**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ATandT**
**208 S Akard St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas    TX    75202**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred
Last 4 digits of account number   **9  5  5  4**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**Cintas Corp**
**603 Airline Dr**
**012M W Dallas TX RNTC 012M**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Coppell    TX    75019**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CoServ Gas**
**co Revenue Recovery**
**7701 S Stemmons Fwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Corinth    TX    76210**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Dough Benders LLC** | Case number (if known) | **25-30331-MVL** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576,000.00 |

**Frontier Crossing LLC**
**co Lotus Property Mgmt LLC**
**1748 Hickory Hill Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Eagan                    MN    55122**      **Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___  ___  ___  ___
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Grayson Collin Electric Coop**
**14568 FM 121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Van Alstyne              TX    75495**      **Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  2  5  0  0
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Indoor Media Team**
**1445 Langham Creek Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Houston                  TX    77084**      **Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  7  5  5  6
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219,000.00 |

**JM Pizza**
**1141 Montlimar Dr  Suite 3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Mobile                   AL    36609**      **Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___  ___  ___  ___
☑ No
☐ Yes

Debtor **Dough Benders LLC**  Case number (if known) **25-30331-MVL**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |

**John Mekler**
**13584 Holly Rd**

**Henrietta        OK    74437**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$165,100.00**

| 3.10 | Nonpriority creditor's name and mailing address |

**Navy Federal Credit Union**
**PO Box 3000**
**Merrifield, VA  22119 3000**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,000.00**

| 3.11 | Nonpriority creditor's name and mailing address |

**State Farm Insurance**
**PO Box 680001**

**Dallas        TX    75368-0001**

Date or dates debt was incurred
Last 4 digits of account number  1  5  4  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$336.00**

Debtor **Dough Benders LLC**  Case number (if known) **25-30331-MVL**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Mulligan Bjornnes PLLC**<br>**401 Groveland Ave**<br><br>**Minneapolis    MN    55403** | Line **3.5**<br>☐ Not listed. Explain: | __ __ __ __ |

Debtor   **Dough Benders LLC**                              Case number (if known)   **25-30331-MVL**

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---:|
| 5a. | **Total claims from Part 1** | 5a.   **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. +   **$978,386.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   **$978,386.00** |

Fill in this information to identify the case:

Debtor Name **Dough Benders LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **25-30331-MVL**

☑ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................................................. **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................................ **$113,409.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................................................. **$113,409.00**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$295,748.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................................... **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................................ **+ $978,386.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................................ **$1,274,134.00**

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  **Dough Benders LLC** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known)  **25-30331-MVL** |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☒ Amended Schedule  **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/17/2025**  
MM / DD / YYYY

X **/s/ Levester Berry Bender**  
Signature of individual signing on behalf of debtor

**Levester Berry Bender**  
Printed name

**President**  
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**